1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Chris Carson, Esq., SBN 280048
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  RICHARD MORIN (SBN: 285275)
   legal@rickmorin.net
8  LAW OFFICE OF RICK MORIN, PC
   555 Capitol Mall, Suite 750
9  Sacramento, CA 95814-4508
   Telephone: (916) 333-2222
10 Facsimile: (916) 273-8956
   Attorney for Defendants
11 Malloy Properties Partnership No. 2 and Don G. Price

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:19-CV-08074-EJD |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| MALLOY PROPERTIES PARTNERSHIP NO. 2, a California Limited Partnership; DON G. PRICE, in individual and representative capacity as trustee of The Don G. Price Trust Dated March 20, 2001 as amended; and Does 1-10, | |
| Defendants. | |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 16, 2020    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: April 16, 2020    LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
    Richard Morin
    Attorneys for Defendants
    Malloy Properties Partnership No. 2
    and Don G. Price

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Malloy Properties Partnership No. 2 and Don G. Price, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: April 16, 2020            CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff